UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE FERNANDEZ, | No.  2:25-cv-3501 DC AC PS |
| Plaintiff, | |
| v. | ORDER |
| SEAN DUFFY, | |
| Defendant. | |

Plaintiff is proceeding in this case in pro se.  On May 5, 2026, the undersigned granted plaintiff's motion to proceed in forma pauperis ("IFP") and ordered service appropriate, directing plaintiff to provide service documents to the U.S. Marshals Service and file a statement of service on the record within 15 days.  ECF No. 3.  Plaintiff has not filed a statement of service, and the time to do so has passed.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why her failure to submit service documents should not result in a recommendation that this case be dismissed for failure to prosecute.  The filing of service documents within this timeframe will serve as cause and will discharge this order.  If plaintiff

////

////

////

1

fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: May 27, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2