UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE FERNANDEZ, | No.  2:25-cv-3501 DC AC PS |
| Plaintiff, | |
| v. | ORDER |
| SEAN DUFFY, | |
| Defendant. | |

Plaintiff is proceeding in this case in pro se.  On May 5, 2026, the undersigned granted plaintiff's motion to proceed in forma pauperis ("IFP") and ordered service appropriate, directing plaintiff to provide service documents to the U.S. Marshals Service and file a statement of service on the record within 15 days.  ECF No. 3.  Plaintiff did not file the required  statement of service. On May 28, 2026, the undersigned issued an order to show cause why the failure to submit service documents to the U.S. Marshals Service and notice to the court should not result in a recommendation that this case be dismissed for failure to prosecute.  ECF No. 6.

Plaintiff responded to the Order to Show Cause by filing a document labeled "Proof of Service."  ECF No. 7.  This document contains only a photocopy of a receipt from the United States Postal Service indicating that a flat rate envelope was sent to an unidentified address in Washington, DC.  ECF No. 7 at 2.  This filing does not satisfy the Order to Show Cause.  Plaintiff must supply service documents to the U.S. Marshals Service and make a filing in this case

1

indicating that she has done so.  The process is explained in the court's order granting in forma pauperis status.  ECF No. 3.

The Clerk of Court is hereby DIRECTED to send plaintiff a copy of the order granting in forma pauperis status, located at ECF No. 3, along with a copy of this order.

IT IS HEREBY ORDERED that plaintiff shall comply with the order to submit service documents to the U.S. Marshals Service within 14 days and file a notice with the court that service has been completed, or this case be dismissed for failure to prosecute pursuant to Local Civil Rule 110.

IT IS SO ORDERED.

DATED: June 15, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE