UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRACE FERNANDEZ,

Plaintiff,

v.

SEAN DUFFY,

Defendant.

No. 2:25-cv-3501 DC AC (PS)

ORDER

The court is in receipt of plaintiff's motion to appoint counsel. ECF No. 12. Plaintiff is proceeding in this civil action in pro se.

**I. Motion**

Plaintiff asks the court to appoint counsel due to the complexity of her case and her lack of knowledge of the legal process. ECF No. 12 at 2. Plaintiff has attempted to find affordable counsel over multiple years, but all of her requests have been denied. Id. Plaintiff previously filed a case in pro se that was dismissed without prejudice due to her lack of knowledge of the service process. Id. at 1.

**II. Analysis**

In civil cases, appointment of counsel for a pro se litigant "is a privilege and not a right." United States ex Rel. Gardner v. Madden, 352 F.2d 792, 793 (9th Cir. 1965) (citation omitted). "Appointment of counsel should be allowed only in exceptional cases." Id. When determining

whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009).

Having considered the relevant factors and reviewed the complaint (ECF No. 1), the court finds that there are no exceptional circumstances in this case, and that appointment of counsel is not warranted at this time.

## III. Conclusion

Plaintiff's motion to appoint counsel (ECF No. 12) is DENIED.

IT IS SO ORDERED.

DATED: October 15, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE